**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 10-61489-CIV-GRAHAM/TORRES

GINA G. GRAY,

    Plaintiff,

vs.

UNIVERSAL DATA SERVICES, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 4]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED** with prejudice, with each party to bear its own costs and fees. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2010.

                                            s/Donald L. Graham

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Torres
     Counsel of Record